■ DENNIS HORGAN, Respondent, v JAMES BARNES, Doing Business as TRACK AND BAT, et al., Appellants. [822 NYS2d 474]—Appeal from an order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered June 2, 2005 in a personal injury action. The order denied defendants' motion for summary judgment dismissing the second amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.

■ In the Matter of JAY L.W., an Infant. ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARGARET S., Appellant, et al., Respondent. [821 NYS2d 542]—Appeal from an order of the Family Court, Allegany County (Thomas P. Brown, J.), entered February 6, 2006 in a proceeding pursuant to Family Court Act article 10. The order, among other things, placed the child in the custody of petitioner.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of William X.*, 306 AD2d 765 [2003]). Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.

■ In the Matter of RODNEY D.E., JR., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN AND HEALTH SERVICES, DIVISION OF SOCIAL SERVICES, Respondent; STEPHANIE P., Appellant. (Appeal No. 1.) [821 NYS2d 509]—Appeal from an order of the Family Court, Monroe County (Marilyn L. O'Connor, J.), entered January 11, 2005 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent, committed the guardianship and custody of the child to petitioner and authorized petitioner to consent to the adoption of the child.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.